**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Harrington, et al., | No. CV-21-00940-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Cracker Barrel Old Country Store Incorporated, | |
| Defendant. | |

On March 31, 2023, the Court conditionally certified the present collective action under 29 U.S.C. § 216(b) to consist of "all current and former Cracker Barrel servers who worked for Cracker Barrel from May 28, 2018, to the present in states where Cracker Barrel pays its employees under the 29 U.S.C. § 203(m) tip credit scheme." (Doc. 82 at 28). On April 14, 2023, Defendant Cracker Barrel ("Cracker Barrel") filed a Motion for Clarification or Reconsideration of the Court's March 31, 2023, Order (Doc. 82), seeking clarification of the bounds of the defined putative class for notice purposes. (Doc. 83). Cracker Barrel concurrently filed a Motion to Certify Interlocutory Appeal (Doc. 84) and a Motion to Stay Deadlines for Answer and Production of Employee Data (Doc. 85).[1]

In light of its prior Orders (Docs. 73; 82), the Court finds some merit in Cracker Barrel's position regarding the defined putative class members. The Court will therefore order the parties to meet and confer regarding possible stipulated language for the terms of notice with respect to the definition of the putative class. If the parties can reach an

---

[1] On April 17, 2023, Plaintiffs filed an Objection to Cracker Barrel's Motion to Stay (Doc. 86).

agreement, they shall file a Stipulation by April 24, 2023. If no agreement can be reached, Plaintiffs' response to Cracker Barrel's Motion for Clarification or Reconsideration must be filed by April 28, 2023.

Consequently, the Court will grant in part Cracker Barrel's Motion to Stay pending the Court's ruling on Cracker Barrel's Motion for Clarification or Reconsideration. Moreover, the Court will *sua sponte* continue Plaintiffs' response deadline to Cracker Barrel's Motion to Certify Interlocutory Appeal to fourteen (14) days following its order on Cracker Barrel's Motion for Clarification or Reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs and Cracker Barrel shall meet and confer on the terms of notice with respect to the defined putative class. The parties shall file their proposed stipulated putative class definition **no later than April 24, 2023**. If no agreement can be reached, Plaintiffs shall file a response to Cracker Barrel's Motion for Clarification or Reconsideration (Doc. 83) **by April 28, 2023**.

**IT IS FURTHER ORDERED** that Cracker Barrel's Motion to Stay Deadlines for Answer and Production of Employee Data (Doc. 85) is **GRANTED in part**. The deadlines established in the Court's March 31, 2023, Order (Doc. 82) are stayed pending the Court's resolution of Cracker Barrel's Motion for Clarification or Reconsideration (Doc. 83).

**IT IS FINALLY ORDERED** that Plaintiffs' response deadline to Cracker Barrel's Motion to Certify Interlocutory Appeal is continued to **fourteen (14) days** following the Court's order on Cracker Barrel's Motion for Clarification or Reconsideration (Doc. 83).

Dated this 17th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge